**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DANIEL DAVID JACKTOO HEATH,**

     **Petitioner,**

**vs.**                                  **Case No. 3:19cv1688-LC-CAS**

**DEPARTMENT OF HOMELAND
SECURITY, ICE, and IMMIGRATION
AND NATURALIZATION SERVICES,**

     **Respondents.**

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 3, 2019. ECF No. 7. Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). As of this date, no objections have been filed.

Having considered the Report and Recommendation, ECF No. 7, I have determined that it should be adopted. The habeas petition ECF No. 1, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED for lack of jurisdiction**.

Accordingly, it is **ORDERED** as follows:

1.  The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this Order.

2.  The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED for lack of jurisdiction**.

3.  The Clerk of Court shall enter judgment accordingly and close the file.

**DONE AND ORDERED** this 30th day of September, 2019.

s/*L. A. Collier*
Lacey A. Collier
Senior United States District Judge

Case No. 3:19cv1688-LC-CAS